MICHAEL W. ROGERS #115224
Name

EL DORADO CORRECTIONAL FACILITY

PO BOX 311 ELDORADO, KANSAS 67042
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| MICHAEL W. ROGERS, Plaintiff (Full Name) | CASE NO. 19-3145-SAC (To be supplied by the Clerk) |
|---|---|
| V. Sam Cline; Richard English; EAI Sissel, Defendant(s) | JURY TRIAL REQUESTED CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

### A. JURISDICTION

1) MICHAEL W. ROGERS (Plaintiff), is a citizen of KANSAS (State) who presently resides at EL DORADO CORRECTIONAL FACILITY PO BOX 311 ELDORADO, KANSAS 67042 (Mailing address or place of confinement.)

2) Defendant Sam Cline (Name of first defendant) is a citizen of El Dorado, Kansas (City, State), and is employed as Warden of El Dorado Correctional Facility (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

On or about June 25, 2019 Sam Cline instituted the closure of the Protective Custody Managed

1

XE-2 8/82                         CIVIL RIGHTS COMPLAINT §1983

Continuation Page 1(a)

movement unit that the plaintiff was being housed in, forcing him to be released into General Population without signing the required protective custody waiver. Warden Sam Cline is being listed in his individual and official capacities.

Defendant(2) Defendant Richard English is a Citizen of El Dorado, Kansas, and is employed as Unit Team Supervisor at El Dorado Correctional Facility. At the time the claims alleged in this complaint arose the defendant was acting under state law.

On or about June 25, 2019 per the orders of Defendant Sam Cline; Richard English forced the plaintiff to be released out of Protective Custody into General Population without the signing of the required Protective Custody waiver. Richard English is being listed in his individual and official capacities.

Defendant(3) Defendant Mr. Sissell is a Citizen of El Dorado, Kansas and is employed as EAI at El Dorado Correctional Facility. At the time the claims alleged in this complaint arose the defendant was acting under state law.

1(a)

Continuation 1(b)

On the week before June 25th, 2019 the defendant Mr. Sissell contacted Mr. English concerning the release of Plaintiff into General Population and wanting to speak with plaintiff concerning the option of signing a waiver of Protective Custody, this meeting never took place before the plaintiff was forced into General Population. EAI Mr. Sissell is being listed in his individual and official capacities.

1(b)

3) Defendant  See Continuation Page 1(a) 1(b)  is a citizen of
   (Name of second defendant)

_____, and is employed as
         (City, state)

_____. At the time the
         (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

N/A

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On July 21st 2017 while at El Dorado Correctional Facility the plaintiff was assulted requiring hospitalization by a white Supremace Hate Group; after this incident the plaintiff was transferred to another facility.

On February 6th 2018 the plaintiff was transferred back to El Dorado Correctional Facility where he was approached by members of this same Hate Group the plaintiff was ultimatly placed into Protective

2

Continuation Page 2(a)

Custody. While in Segregation Protective Custody there was a program started for the numerous inmates as well as the plaintiff allowing the use of phone, showers and dayroom on a very limited basis. To be able to use these the plaintiff had to sign a waiver of protection specifically for the purpose of phone, showers, dayroom with his assigned living ties, at no time was this waiver for the purpose of being released into general population as stated in small print on waiver.

On 12/6/2018 the plaintiff was once again placed into segregation protective custody status due to not being able to be housed in population at El Dorado Correctional Facility and behavior in the program not appropriate to be housed there.

In January 2019 the plaintiff was placed back into the program where he was housed until the shutdown by administration on June 25th 2019 when he was forced into population without his consent or signing of a waiver of protective custody

On July 19th, 2019 the plaintiff was once again assaulted by inmates of the same hate group that originally had the plaintiff in protective custody wherein he was stabbed nine (9) times before they were stopped.

2(a)

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of the Fifth Amendment of the Constitution of the United States, Due Process Clause.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

The defendant Sam Cline violated the Plaintiffs Procedural Due Process Clause under the Fifth Amendment by initiating the closure of the Protective Custody unit thereby forcing the Plaintiff into general population without

B) (1) Count II: Violation of the Fifth Amendment of the Constitution of the United States, Due Process Clause.

(2) Supporting Facts: The defendant Richard English violated the Plaintiffs Procedural Due Process Clause under the Fifth Amendment by placing the Plaintiff into general population

3

C) (1) Count III: Violation of the Fifth Amendment of the Constitution of the United States, Due Process Clause.

(2) Supporting Facts: The defendant EAI Mr Sissell violated the Plaintiffs Procedural Due Process under the Fifth Amendment by not holding the meeting as spoken of to see if danger was

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

3(A)

Continuation Page (3) Cause of Action
1) A) (2)

the required signing of a waiver of Protection. Then causing the Plaintiff to once again be Assulted by members of the same Hate Group and stabbed multiple times.

Continuation Page (3) Cause of Action
1) B) (2)

Knowing that the Plaintiff could not be housed in general population without harm being done to him due to past occurances of being assulted, and therefore requiring the mandated waiver of Protection to be signed before being placed in general population. This neglect causing the Plaintiff to be stabbed multiple times by members of same Hate group the petitioners was being protected from.

Continuation Page (3a) Cause of Action
1) C) (2)

present in general population and either approve or deny the required waiver of Protection if the Plaintiff decided to sign.

3(b)

# CONTINUATION CAUSE OF ACTION

1)

D)(1) IV: [Ground] Violation of the Eighth Amendment of the Constitution of the United States Cruel and Unusual Punishment.

## Supporting Facts

The defendant Sam Cline violated the Plaintiffs Eighth Amendment; Cruel and unusual punishment by knowingly and willingly forcing the Plaintiff into general population and causing him to be stabbed multiple times by individuals that were known to have assulted the Plaintiff in the past, the defendant Sam Cline knowingly with deliberate indifference to the reasons Plaintiff was in Protective custody still forced him into general Population.

E)(1) V: [Ground] Violation of the Eighth Amendment of the Constitution of the United States Cruel and Unusual Punishment.

3(C)

Continuation Cause of Action

Statement of facts for 1) E) VI:

The defendant Richard English violated the Plaintiffs Eighth Amendment Cruel and Unusual punishment by knowingly and willingly forcing the plaintiff into general population and causing him to be stabbed multiple times by individuals that were involved in the same Hate group that assulted the Plaintiff in the past. The defendant with deliberate indifference as to why the Plaintiff was in Protective custody and being his Unit team Supervisor with a daily relationship to the Plaintiff knew that if the Plaintiff was placed into general population would be assulted as he had been in the past, which happened less than one month after the plaintiff was forced out of protective custody where he was stabbed multiple times.

1)
F)(1) VI Ground: Violation of the Eighth Amendment of the Constitution of the United States Cruel and Unusual Punishment.

Statement of Facts

The defendant EAI Mr. Sissell violated the Plaintiffs Eighth Amendment Cruel and Unusual Punishment by knowingly and willingly allowing

3(a)

Continuation Cause of Action
1) G)(1) VII

the plaintiff to be released into general population without first speaking with the Plaintiff knowing that there was an immediate danger to the Plaintiff due to past assaults that took place at El Dorado Correctional Facility and this defendant requesting to speak with the Plaintiff before there was any decision as to wether he would be even be questioned about population and this meeting never taking place to force the plaintiff into a situation where he was stabbed multiple times.

1)
G)(1) VII: Ground Violation of the Fourteenth Amendment of the Constitution of the United States Procedural Due Process Clause:

Supporting Facts

The defendant Sam Cline violated the Plaintiffs Fourteenth Amendment Procedural Due Process Clause by allowing him back into general population without following the proper procedure of signing a waiver of protective custody.

3(e)

Continuation Cause Of Action

1) H)(1) VIII. Ground: Violation of the Fourteenth Amendment of the Constitution of the United States Procedural Due Process Clause

Supporting Facts

The defendant Richard English violated the Plaintiffs Fourteenth Amendment Procedural Due Process Clause by allowing him back into general population without following the proper procedure of signing a waiver of protective custody.

1) I)(1) IX. Ground: Violation of the Fourteenth Amendment of the Constitution of the United States Procedural Due Process Clause.

Supporting Facts

The defendant EAI Mr. Sissell violated the Plaintiffs Fourteenth Amendment Procedural Due Process Clause by allowing him back into general population without following the proper procedure of signing a waiver of protective custody.

3(e)

## Continuation Cause of Action

1) J)(1) I Ground; Failure To Protect Claim.

### Statement of Facts

All three defendants named in this civil rights claim actions constitutes a failure to protect claim. All three defendants knew of the danger of placing the plaintiff into general population due to past assaults and Plaintiffs voiced concerns but still allowed it to happen.

3(9)

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I have exhausted admin relief but due to classification issues, have been denied. Due to this being a life threatening issue I have moved straight to Civil Rights action.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Plaintiff is asking for 75,000.00 individually in compensatory damages. Additional 200,000.00 jointly for punitive damages as well as any relief the court and or jury see fit.

_____          Michael Rogers #115224
Signature of Attorney (if any)        Signature of Petitioner

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983