IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL W. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 19-CV-3145-JAR-ADM |
| | ) |
| SAM CLINE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF BARBARA MOE**

I, Barbara Moe, declare under penalty of perjury the following facts, of which I have personal knowledge:

1. I am the Regional Health Information Supervisor for Centurion.

2. I am a duly authorized custodian of Centurion's medical records, and I have the authority to certify the attached records.

3. Attached hereto is an exact copy of the medical record of an Onsite Consult with Michael Rogers #115224 on June 20, 2019 at El Dorado Correctional Facility, prepared by Hollie N. Pool, TLMFT, LMFT.

4. The record was prepared in the regular course of business at or about the time of the visit; kept in the regular course of business; and its making and filing was a regular practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May __11__, 2021.

*Barbara Moe*
Barbara Moe

1

Exhibit A



**KDOC Adult Facilities**
**El Dorado - Central**

PATIENT: MICHAEL ROGERS
DATE OF BIRTH:
DOC #: 115224
DATE: 06/20/2019 4:18 PM
VISIT TYPE: Onsite Consult

**Individual Counsel/Psych Prog Note**
**Individuals Present/Support Resources**
Direct Service:   Follow-up

Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full
**Speech:** Clear
**Thought process:** Logical
**Perception:** WNL
**Hallucination:** Denied None evidenced
**Thought content:** Within normal limits
**Delusions:** None Reported
**Cognition:** Within normal limits

Exhibit A

Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Offender was seen in E1 classroom at the request of UTM. I/M reports high anxiety related to the upcoming changes in the cell house. I/M discusses the atmosphere of the cell house. I/M reports feelings of frustrations related to feeling coerced into being attacked, having to resort to violence, or being punished and shunned away in the hole for wanting to stay out of trouble. I/M states he wants to stay out of the way and not get into trouble. I/M discusses his thoughts, feelings, and anxieties. I/M and BHP discuss making permanent decisions based on temporary feelings and understanding consequences. I/M states he will make the best possible decision for his safety and his future. I/M denies any SI, HI, thoughts of self-harm, AH, VH, or delusions. I/M understands the sick call process and how to obtain MH services for both routine and emergent issues. I/M was stable upon exit.

## Goals, Objectives, and Interventions Addressed Today

Interventions/Methods Provided:
I/M seen at the request of UTM after I/M had expressed concerns regarding mental well being.
Response to Interventions/Progress Toward Goals and Objectives:
I/M was given space to process through his anxieties.

## Current Assessment

Assessment:
Anxiety is significant and worsened. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. The patient is compliant with medications. The patient is cooperative and communicative.

## Risk Assessment

SAFETY MANAGEMENT PLAN
Sick Calls

## Assessment/Diagnosis

Behavioral Health Diagnosis

| # | Dx (Code), Status, Side, Site | Impression/Differential Dx |
|---|---|---|
| 1 | Antisocial Personality Disorder (F60.2) | |
| 2 | Unspecified mood [affective] disorder (F39) | |

SIGNATURES

Staff: Signed by Hollie N. Pool, TLMFT, LMFT on 06/20/2019

Document generated by: Hollie N. Pool, TLMFT  06/20/2019 04:21 PM

Exhibit A

**Provider: Rohit Patel MD**
**Document generated by: Hollie N. Pool, TLMFT 06/20/2019 4:21 PM**

Name: ROGERS , MICHAEL
Number: 115224
D.O.B.

Exhibit A