IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL W. ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 19-CV-3145-JAR-ADM |
| ) | |
| SAM CLINE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that defendants Sam Cline and Richard English in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from an Order entered in this action on April 27, 2021 (Doc. 47), wherein the Court denied defendants Cline and English qualified immunity.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Kathleen M. Barceleau, KS No. 28401
Assistant Attorneys General
120 SW 10th, 2nd Floor
Topeka, KS 66612
Tel: (785) 296-2215
Fax: (785) 296-6296
Email: Natasha.Carter@ag.ks.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 27th day of May, 2021, the foregoing was electronically filed with the clerk of the court using the CM/ECF system and a copy was mailed first-class, postage prepaid to:

Michael W. Rogers, #115224
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504

                                        s/ Natasha M. Carter
                                        Natasha M. Carter
                                        Assistant Attorney General