Dear Clerk,

6-2-2021

Re: Rogers v. Cline et al., 19-cv-3145-JAR-ADM

Can you please file this Certificate of Service on the record.

I also need an up to date Docket for this case.

There is a #63 that I was not made aware of. I never recieved notice of a #63 being filed, my records show #62 Certificate of Service by Natasha Carter, and then #64 Notice of Appeal.

Thank you for your help.

Michael Rogers
#115224 pro se

Michael Rogers
#115224 / A-3-214
Hutchinson C.F.
PO Box 1568
Hutchinson, KS 67504