IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL W. ROGERS,
#15224          Plaintiff,

                                    Case No: 19-cv-3145-JTM-ADM

V.

                                    JURY TRIAL Requested

SAM CLINE, et al,
                 Defendants

AMENDED CIVIL RIGHTS COMPLAINT PURSUANT TO
42 U.S.C. § 1983 AND Fed R. Civ P Rule 15(a)

A. JURISDICTION

1. The plaintiff Michael W. Rogers is a Citizen
Of Kansas whos presently incarcerated at
Larned Correctional Mental Health Facility
1318 KS Hwy 264 Larned, ks 67550.

2. Defendant Sam Cline is a Citizen Of Kansas

and is employed as a warden of El Dorado Correctional Facility. At the time the claims alleged in this complaint arose this Defendant was acting under the color of state law. Inas much on or about June 25th, 2019 Sam Cline instituted the closure of the Protective Custody Managed Movement unit that the plaintiff was being housed in, forcing him to be released into General Population without signing the required Protective Custody waiver. Warden Sam Cline is being sued in his individual capacities.

3. Defendant Richard English is a Citizen of Kansas and is employed as a Unit Team Manager at El Dorado Correctional Facility. At the times the claims alleged in this complaint arose the Defendant was acting under the color of state law inas much on or about June 25th 2019 per the orders of Defendant Sam Cline, Richard English forced the plaintiff to be released into General Population out of Protective Custody without the signing of the required Protective Custody waiver. Richard English is being sued in his individual capacities.

4. Defendant Bret Sissell is a Citizen of Kansas and is employed as a Special Agent of EAI at El Dorado Correctional Facility. At the time the Claims alleged in this Complaint arose the defendant was acting under the Color of State Law in as Much on the week prior to June 25th 2019 the defendant Sissell Contacted the defendant Richard English Concerning the release of Plaintiff into General Population and wanting to speak with Plaintiff Concerning the Signing of a Waiver of Protective Custody. This Meeting never took place before the Plaintiff was forced into General Population. Defendant Bret Sissell is being sued in his individual Capacities.

5. Jurisdiction is invoked pursuant to 28 U.S.C. §1343(a)(3), 28 U.S.C. §1331, and 42 U.S.C. §1983

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On July 21st 2017 While at El Dorado Correctional Facility the plaintiff was assulted requiring hospitalization by a White Supremace Hate Group; after this incident the plaintiff was transferred to another facility.

On February 6th 2018 the plaintiff was transferred back to El Dorado Correctional Facility where he was approached by members of this Same Hate Group the plaintiff was ultimatly placed into Protective

3