UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Michael W. Rogers,

        Plaintiff,

v.                                                                Case No. 19-3145-JTM-ADM

Richard English,

        Defendant.

**MOTION TO COMPEL PRODUCTION OF DEPOSITION TRANSCRIPT**

Defendant Richard English moves the Court for an Order to compel court reporter Dana Burkdoll of Midwest Reporters to produce the transcript of the plaintiff's deposition. In support of his Motion To Compel, Defendant states:

1. On July 21, 2021, defendant's counsel took plaintiff's deposition at Hutchinson Correctional Facility in Hutchinson, Kansas.

2. On October 1, 2021, defendant's office contacted the court reporter, Dana Burkdoll, by email to check the status of the deposition transcript. Ms. Burkdoll did not respond.

3. On November 4, 2021, defendant's counsel filed a disciplinary complaint against Ms. Burkdoll with the Kansas Board of Examiners of Court Reporters for not producing transcripts of depositions that were taken in May, 2021, in a separate federal lawsuit.

1

4. On December 9, 2021, defendant's counsel again inquired about the status of the transcript. Ms. Burkdoll responded by email the same day: "I will check now. And get right back to you with final. It was completed, will resend."

5. Defendant has heard nothing further from Ms. Burkdoll.

6. Defendant still does not have the plaintiff's deposition transcript.

7. Defendant moves for an order to compel the court reporter to produce a final, completed transcript by Friday, January 14, 2022.

8. Defendant has conferred with plaintiff's counsel, and plaintiff does not oppose this Motion.

Wherefore, Defendant moves the Court for an Order to compel court reporter Dana Burkdoll of Midwest Reporters to produce the transcript of the plaintiff's deposition by Friday, January 14, 2022.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-597
Phone: (785)368-8424
Fax: (785)291-3767
Email: shon.qualseth@ag.ks.gov

       And

       /s/ Natasha M. Carter
       Natasha M. Carter, KS No. 26074
       General Counsel
       Kansas Department of Corrections
       714 SW Jackson St, Suite 300
       Topeka, KS 66603
       Tel: (785) 506-7615
       Email: Natasha.Carter@ks.gov
       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2021, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

I further certify that on this date a copy of this Motion was sent by electronic mail and U.S. mail to:

Dana Burkdoll
Midwest Reporters
3706 SW Topeka Blvd., Suite 400
Topeka, KS 66610
MWReporters@midwestreporters.net


       s/ Shon D. Qualseth
       Shon D. Qualseth