UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Michael W. Rogers,

        Plaintiff,

v.  Case No. 19-3145-JTM-ADM

Richard English,

        Defendant.

**SUPPLEMENTAL MOTION TO COMPEL PRODUCTION
OF DEPOSITION TRANSCRIPT**

Pursuant to the Court's Order (Doc. #107), defendant Richard English provides the following information regarding the court reporter referenced in defendant's original Motion to Compel (Doc. #106):

    Dana Burkdoll
    Midwest Reporters, Inc.
    3706 SW Topeka Boulevard, Suite 400
    Topeka, KS 66610
    (800) 528-3194 (telephone)
    (785) 862-8279 (fax)
    info@midwestreporters.net
    dana@midwestreporters.net

    Respectfully submitted,

    OFFICE OF ATTORNEY GENERAL
    DEREK SCHMIDT

    /s/ Shon D. Qualseth
    Shon D. Qualseth, KS No. 18369
    Assistant Attorney General/Senior Trial Counsel
    120 S.W. 10th Avenue, 2nd Floor

1

Topeka, KS 66612-597
Phone: (785) 368-8424
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov

And

/s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
General Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: Natasha.Carter@ks.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2021, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

I further certify that on this date a copy of this Supplemental Motion was sent by electronic mail and U.S. mail to:

Dana Burkdoll
Midwest Reporters
3706 SW Topeka Blvd., Suite 400
Topeka, KS 66610
MWReporters@midwestreporters.net


s/ Shon D. Qualseth
Shon D. Qualseth

2