IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL W. ROGERS,

    Plaintiff,

    v.

RICHARD ENGLISH,

    Defendant.

Case No. 19-3145-JAR-ADM

## ORDER TO SHOW CAUSE

TO: Court Reporter Dana Burkdoll, Midwest Reporters, Inc.

On December 23, 2021, defendant Richard English ("English") filed an unopposed Motion to Compel Production of Deposition Transcript in this case. (ECF 106.) By way of this motion, English seeks a court order compelling court reporter Dana Burkdoll ("Burkdoll") of Midwest Reporters, Inc. to produce the transcript of plaintiff Michael W. Rogers' ("Rogers") July 21, 2021 deposition. The motion explains that counsel contacted Burkdoll by email on October 1 to check on the status of the transcript but received no response. (*Id.* at 1.) On November 4, counsel filed a disciplinary complaint against Burkdoll with the Kansas Board of Examiners of Court Reporters for not producing transcripts in depositions taken in May 2021 in a separate federal lawsuit. (*Id.*) On December 9, counsel again inquired of Burkdoll, who responded by stating that she would check on the status and report back, indicating that the transcript was complete and that she would resend it. (*Id.*) According to English, Burkdoll did not resent the transcript and has heard nothing more.

Federal Rule of Civil Procedure 30(f)(3) provides that "[w]hen paid reasonable charges, *the officer must furnish a copy of the transcript* or recording to any party or the deponent." FED. R. CIV. P. 30(f)(3) (emphasis supplied). The term "officer" means the court reporter appointed or designated

under Rule 28 who certifies in writing that the witness was duly sworn and that the deposition accurately records the witness's testimony. FED. R. CIV. P. 30(b)(5)(A), (f)(1). Thus, to the extent English has paid reasonable charges for the transcript, Rule 30(f)(3) requires Burkdoll to furnish English a copy of the transcript. Because it appears that Burkdoll has not done so, the court orders her to show cause in writing by **January 12, 2022**, why the court should not issue an order compelling Burkdoll to furnish English with the transcript of Rogers' July 21 deposition.

**IT IS THEREFORE ORDERED** that court reporter Dana Burkdoll show cause in writing as set forth above.

**IT IS FURTHER ORDERED** that the clerk's office mail a copy of this order via regular mail and email to:

> Dana Burkdoll
> Midwest Reporters, Inc.
> 3706 SW Topeka Boulevard, Suite 400
> Topeka, KS 66610
> (800) 528-3194 (telephone)
> (785) 862-8279 (fax)
> info@midwestreporters.net
> dana@midwestreporters.net

**IT IS SO ORDERED.**

Dated December 29, 2021, at Topeka, Kansas.

> s/ Angel D. Mitchell
> Angel D. Mitchell
> U.S. Magistrate Judge