IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL W. ROGERS,

    Plaintiff,

v.

RICHARD ENGLISH,

    Defendant.

Case No. 19-3145-JAR-ADM

## ORDER

This matter comes before the court on Defendant Richard English's ("English") unopposed Motion to Compel Production of Deposition Transcript. (ECF 106.) English seeks a court order compelling Dana Burkdoll ("Burkdoll") of Midwest Reporters, Inc. to produce the transcript of Plaintiff Michael W. Rogers' ("Rogers") July 21, 2021 deposition by January 14, 2022. For the reasons explained below, the motion is granted insofar as the court orders Burkdoll to provide the transcript to English by **January 27, 2022**, but the motion is denied as to English's request that Burkdoll provide the transcript by January 14, simply because production by this date is not workable.

English's motion explains that counsel contacted Burkdoll by email on October 1 to check on the status of the transcript but received no response. (*Id.* at 1.) On November 4, counsel filed a disciplinary complaint against Burkdoll with the Kansas Board of Examiners of Court Reporters for not producing transcripts in depositions taken in May 2021 in a separate federal lawsuit. (*Id.*) On December 9, counsel again inquired of Burkdoll, who responded by stating that she would check on the status and report back, indicating that the transcript was complete and that she would resend it. (*Id.*) According to English, Burkdoll did not resend the transcript, and he has heard nothing more. On December 29, the court ordered Burkdoll to show cause by January 12, 2022, why the court should not issue an order compelling her to furnish English with the transcript

of Rogers' July 21 deposition.  (ECF 109.)  Burkdoll has not responded to the show-cause order, and the deadline to do so has passed.

For the same reasons outlined in the show-cause order—and hearing nothing from Burkdoll in response—the court grants the motion.  Federal Rule of Civil Procedure 30(f)(3) provides that "[w]hen paid reasonable charges, *the officer must furnish a copy of the transcript* or recording to any party or the deponent."  FED. R. CIV. P. 30(f)(3) (emphasis supplied).  The term "officer" means the court reporter appointed or designated under Rule 28 who certifies in writing that the witness was duly sworn and that the deposition accurately records the witness's testimony.  FED. R. CIV. P. 30(b)(5)(A), (f)(1).  Thus, to the extent English has paid reasonable charges for the transcript, Rule 30(f)(3) requires Burkdoll to furnish English with a copy of the transcript.  Because Burkdoll has not done so, the court grants English's motion insofar as the court orders Burkdoll to provide English with a transcript of Rogers' July 21 deposition by **January 27, 2022.**

**IT IS THEREFORE ORDERED** that Defendant Richard English's unopposed Motion to Compel Production of Deposition Transcript (ECF 106) is granted in part and denied in part, as stated above.

**IT IS FURTHER ORDERED** that the clerk's office send a copy of this order via regular mail and email to:

> Dana Burkdoll
> Midwest Reporters, Inc.
> 3706 SW Topeka Boulevard, Suite 400
> Topeka, KS 66610
> (800) 528-3194 (telephone)
> (785) 862-8279 (fax)
> info@midwestreporters.net
> dana@midwestreporters.net

**IT IS SO ORDERED.**

Dated January 13, 2022, at Topeka, Kansas.

> s/ Angel D. Mitchell
> Angel D. Mitchell
> U.S. Magistrate Judge