# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL W. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CV-3145-JAR-ADM |
| | ) |
| SAM CLINE, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

**COMES NOW**, William S. Walberg and hereby enters his appearance as additional counsel of record for Plaintiff Michael W. Rogers.

Dated: January 18, 2022                           Respectfully submitted,

*/s/ William S. Walberg*
Jordan T. Bergsten, KS Bar No. 78639
William S. Walberg, KS Bar No. 26854
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
jbergsten@shb.com
wwalberg@shb.com
***Attorney for Plaintiff***

4872-9210-3434

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on January 18, 2022 to the following:

Natasha M. Carter, KS No. 26074
OFFICE OF THE ATTORNEY GENERAL DEREK SCHIMIDT
Assistant Attorneys General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612
Phone: (785) 296-2215
Fax: (785) 291-3767
Natasha.Carter@ag.ks.gov
*Attorneys for Defendants*

          */s/ William S. Walberg*
          William S. Walberg