UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Michael W. Rogers,

        Plaintiff,

v.                                                                                  Case No. 19-3145-JTM-ADM

Richard English,

        Defendant.

## MOTION TO SHOW CAUSE WHY COMTEMPT CITATION SHOULD NOT BE ISSUED

Defendant Richard English moves the Court for an Order to show cause why a contempt citation should not be issued to court reporter Dana Burkdoll of Midwest Reporters, Inc., to produce the transcript of the plaintiff's deposition. In support of his Motion To Compel, Defendant states:

1. On July 21, 2021, defendant's counsel took plaintiff's deposition at Hutchinson Correctional Facility in Hutchinson, Kansas.

2. On January 13, 2022, the Court ordered Dana Burkdoll of Midwest Reporters, Inc. to produce the transcript of plaintiff's deposition by January 27, 2022.

3. Ms. Burkdoll still has not produced plaintiff's deposition transcript to defendant.

4. Defendant moves the Court for an order to show cause why a contempt citation should not be issued to Ms. Burkdoll by Friday, March 25, 2022.

1

5. Defendant has conferred with plaintiff's counsel, and plaintiff does not oppose this Motion.

Wherefore, Defendant moves the Court for an order to show cause why a contempt citation should not be issued to Ms. Burkdoll by Friday, March 25, 2022.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-597
Phone: (785)368-8424
Fax: (785)291-3767
Email: shon.qualseth@ag.ks.gov

And

/s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
General Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: Natasha.Carter@ks.gov
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

I further certify that on this date a copy of this Motion was sent by electronic mail and by certified mail to:

Dana Burkdoll
Midwest Reporters
3706 SW Topeka Blvd., Suite 400
Topeka, KS 66610
MWReporters@midwestreporters.net


                                                s/ Shon D. Qualseth
                                                Shon D. Qualseth