IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL W. ROGERS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**RICHARD ENGLISH,**<br><br>    **Defendant.** | **Case No. 19-3145-JAR-ADM** |

### ORDER TO SHOW CAUSE

Upon the unopposed application of Defendant Richard English, and for good cause shown, Court Reporter Dana Burkdoll of Midwest Reporters, Inc. is hereby ordered to appear and show cause why she should not be found in contempt for failure to comply with United States Magistrate Judge Angel D. Mitchell's Order (Doc. 110) compelling production of Plaintiff Michael W. Rogers' deposition transcript by January 27, 2022.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Richard English's Motion to Show Cause Why Contempt Citation Should Not Be Issued (Doc. 114) is **granted**.

**IT IS FURTHER ORDERED THAT** Dana Burkdoll shall appear in person on **March 16, 2022, at 2:30 p.m**. at the Robert J. Dole Federal Courthouse, Courtroom 427, in Kansas City, Kansas, and show cause why she should not be found in contempt for failure to comply with Judge Mitchell's Order.

**IT IS FURTHER ORDERED** that the Clerk's Office send a copy of this Order to Show Cause by certified and regular mail to:

Dana Burkdoll
Midwest Reporters, Inc.
3706 SW Topeka Boulevard, Suite 400
Topeka, KS 66610

The Clerk's Office shall also send a copy of this Order to Show Cause by email to:

    info@midwestreporters.net
    dana@midwestreporters.net

**IT IS SO ORDERED.**

Dated: March 7, 2022

                                         S/ Julie A. Robinson
                                         JULIE A. ROBINSON
                                         UNITED STATES DISTRICT JUDGE