**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. 19-3145 #115
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dana Burkdoll
   Midwest Reporters, Inc.
   3706 SW Topeka Blvd., Ste 400
   Topeka, KS 66610

   9590 9402 2249 6193 8662 48

2. Article Number (Transfer from service label)

   7020 0640 0001 4014 2948

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Covid 19
C. Date of Delivery: 3-9-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FILED
MAR 15 2022
Clerk, U.S. District Court
Deputy Clerk

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt