## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**MICHAEL W. ROGERS,**

      **Plaintiff,**

      **v.**                          **Case No. 19-3145-JAR-ADM**

**RICHARD ENGLISH,**

      **Defendant.**

## <u>ORDER</u>

Upon the unopposed application of Defendant Richard English, the Court set this matter for hearing on March 16, 2022, and ordered Court Reporter Dana Burkdoll of Midwest Reporters, Inc. to appear and show cause why she should not be found in contempt for failure to comply with United States Magistrate Judge Angel D. Mitchell's Order (Doc. 110) compelling production of Plaintiff Michael W. Rogers' deposition transcript by January 27, 2022.

On March 15, 2022, Ms. Burkdoll contacted chambers by telephone and relayed personal and health-related issues that contributed to her delay in producing the transcript from Plaintiff's deposition. Ms. Burkdoll emailed .txt and .pdf versions of the deposition transcript to the Court, and the Court has forwarded those documents to the parties. Because Ms. Burkdoll has produced the sought-after transcript, the Court is satisfied that she has shown good cause why a contempt citation should not issue in this matter.

**IT IS THEREFORE ORDERED BY THE COURT** that Ms. Burkdoll has shown good cause why a contempt citation should not be issued in this matter.

**IT IS FURTHER ORDERED** that the Clerk's Office send a copy of this Order by

certified and regular mail to:

> Dana Burkdoll
> Midwest Reporters, Inc.
> 3706 SW Topeka Boulevard, Suite 400
> Topeka, KS 66610

The Clerk's Office shall also send a copy of this Order by email to:

> info@midwestreporters.net
> dana@midwestreporters.net

**IT IS SO ORDERED.**

Dated: March 17, 2022

> S/ Julie A. Robinson
> JULIE A. ROBINSON
> UNITED STATES DISTRICT JUDGE