UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Michael W. Rogers,

        Plaintiff,

v.   Case No. 19-3145-JAR-ADM

Richard English,

        Defendant.

## RENEWED MOTION TO SHOW CAUSE WHY COMTEMPT CITATION SHOULD NOT BE ISSUED

Defendant Richard English renews his Motion for an Order to show cause why a contempt citation should not be issued to court reporter Dana Burkdoll of Midwest Reporters, Inc. to produce a complete and accurate transcript of the plaintiff's deposition. In support of his Renewed Motion, defendant states:

1. On July 21, 2021, defendant's counsel took plaintiff's deposition at Hutchinson Correctional Facility in Hutchinson, Kansas.

2. On January 13, 2022, the Court ordered Dana Burkdoll of Midwest Reporters, Inc. to produce the transcript of plaintiff's deposition by January 27, 2022. (Doc. #110)

3. On March 7, 2022, Ms. Burkdoll was ordered to appear in person on March 16, 2022, at 2:30 p.m. to show cause why she should not be found in contempt for failure to comply with Judge Mitchell's Order. (Doc. #115)

1

4. Ms. Burkdoll was served with the Order by certified mail on March 9, 2022. (Doc. #117)

5. It appears that an agent of Ms. Burkdoll and/or Midwest Reporters, Inc. signed the certified receipt. The agent wrote in the section titled "Received by (Printed Name)": "covid 19." (Doc. #117) For the Court's convenience, a copy of Doc. #117 is attached as "Exhibit A."

6. On March 15, 2022, Ms. Burkdoll contacted chambers by telephone. (Doc. #119)

7. In the March 15 telephone call, Ms. Burkdoll "relayed personal and health –related issues that contributed to her delay in producing the transcript from plaintiff's deposition." (Doc. #119)

8. Ms. Burkdoll also purportedly produced the "sought-after transcript." (Doc. #119)

9. However, Ms. Burkdoll did not produce a complete – or accurate – transcript. A copy of what Ms. Burkdoll presented to the Court is attached as "Exhibit B."

10. On page one, the case caption is listed as "19-3145-FAR-ADM." Further, page one states that plaintiff's deposition was "taken on behalf of the PLAINTIFF." (Exhibit B) However, plaintiff's deposition was taken on behalf of the defendant.

11. On page two, Natasha Carter is listed as appearing on behalf of plaintiff.

2

However, Ms. Carter represents the defendant, and plaintiff was not represented by counsel at the time of the deposition.

12. Also on page two, Jane Weiler is listed as appearing on behalf of the defendant. On page five, Exhibit B purports that Ms. Weiler stated her appearance on the record. However, while Ms. Weiler is an assistant attorney general, she did not appear in person, by video, by telephone, or in any manner at all at the deposition. In short, Ms. Weiler was not there, and has had nothing to do with this case.

13. Exhibit B is not only inaccurate, but incomplete. On page three's "TABLE OF CONTENTS," the page number for the court reporter's certification of the accuracy of the transcript is listed as page "00."

14. While several exhibits were used during the deposition, page four lists no such exhibits.

15. Exhibit B does not contain any reference to the use of exhibits.

16. On page 33, there is dialogue missing with the notation, "(Videoconference cutting out.)"

17. On page 61, there is a notation of "(Videoconference cutting out on connection.)" Exhibit B ends with: "(Videoconference lost connection. … Break Taken.)"

18. Exhibit B contains only a small portion of the questions and answers that should have been included in plaintiff's deposition transcript. At least half of the

deposition transcript was omitted.

19. What was produced to the Court by Ms. Burkdoll is not a complete nor accurate transcript of plaintiff's deposition. Therefore, Ms. Burkdoll has still not complied with the Court's January 13, 2022 Order.

20. Defendant renews his Motion for an order to show cause why a contempt citation should not be issued to Ms. Burkdoll by Tuesday, April 5, 2022.

21. Defendant has conferred with plaintiff's counsel, and plaintiff does not oppose this Motion.

Wherefore, Defendant moves the Court for an order to show cause why a contempt citation should not be issued to Ms. Burkdoll by Tuesday, April 5, 2022.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-597
Phone: (785)368-8424
Fax: (785)291-3767
Email: shon.qualseth@ag.ks.gov

And

/s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074

4

> General Counsel
> Kansas Department of Corrections
> 714 SW Jackson St, Suite 300
> Topeka, KS 66603
> Tel: (785) 506-7615
> Email: Natasha.Carter@ks.gov
> *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

I further certify that on this date a copy of this Motion was sent by electronic mail and by certified mail to:

Dana Burkdoll
Midwest Reporters
3706 SW Topeka Blvd., Suite 400
Topeka, KS 66610
MWReporters@midwestreporters.net


> s/ Shon D. Qualseth
> Shon D. Qualseth

5