IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Michael E. Rogers | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 19-CV-3145-JAR-ADM |
| | ) |
| Richard English | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

Defendant Richard English hereby gives notice that on the 23rd day of March, 2022, he served Defendant's Supplemental Response to Plaintiff's First Set of Interrogatories to Defendant Richard English by mailing to: Jordan T. Bergsten, Shook, Hardy & Bacon L.L.P., 2555 Grand Blvd. Kansas City, MO 64108.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT

s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorneys General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov

And

2

        /s/ Natasha M. Carter
        Natasha M. Carter, KS No. 26074
        General Counsel
        Kansas Department of Corrections
        714 SW Jackson St, Suite 300
        Topeka, KS 66603
        Tel: (785) 506-7615
        Email: Natasha.Carter@ks.gov
        Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of March, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

        s/ Shon D. Qualseth
        Shon D. Qualseth
        Assistant Attorney General