IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL W. ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD ENGLISH,<br><br>    Defendant. | Case No. 19-3145-JAR-ADM |

**ORDER TO SHOW CAUSE**

TO: Court Reporter Dana Burkdoll, Midwest Reporters, Inc.

On March 22, 2022, Defendant Richard English ("English") filed an unopposed Renewed Motion to Show Cause Why Contempt Citation Should Not Be Issued. (ECF 120.) By way of this motion, English seeks an order directing court reporter Dana Burkdoll ("Burkdoll") of Midwest Reporters, Inc. to show cause why she should not be found in contempt for failure to comply with the court's January 13 Order (ECF 110) compelling production of Plaintiff Michael W. Rogers's ("Rogers") deposition transcript. For the reasons explained below, the motion is granted.

The background of English's attempts to obtain Rogers's deposition transcript from Burkdoll—and Burkdoll's pattern of unresponsiveness—is chronicled in the court's January 13 Order granting English's motion to compel production and requiring Burkdoll to furnish English with the transcript by January 27. (ECF 110.) Following that order, when Burkdoll did not produce the transcript, English filed a Motion to Show Cause Why Contempt Citation Should Not Be Issued. (ECF 114.) The court granted English's motion and ordered Burkdoll to appear in person on March 16 to show cause why she should not be found in contempt. (ECF 115.) On March 15, Bukdoll contacted the chambers of U.S. District Judge Julie A. Robinson and "relayed personal and health-

related issues that contributed to her delay in producing the transcript." (ECF 119, at 1.) She then emailed a version of Rogers's deposition transcript to the court, and the court forwarded the transcript to the parties. (*Id.*) Apparently believing Burkdoll had produced the transcript as requested, the court found that Burkdoll had shown good cause why the court should not issue a contempt citation. (*Id.*)

In the current motion, English explains that the transcript Burkdoll produced to the court was neither complete nor accurate. He details a number of mistakes in the transcript, such as the listing of the appearance of counsel who was not present at the deposition and the incorrect identification of counsel for various parties. (ECF 120, at 2-3.) He also discusses a number of notations on the transcript of the videoconference "cutting out," and states that at least half of the deposition is not set out in the transcript. (*Id.* at 3-4.) As such, English asserts that Burkdoll still has not complied with the court's January 13 Order to produce Rogers's deposition transcript.

The court finds English has demonstrated good cause for the entry of a show cause order. The court therefore orders Burkdoll to appear in person and show cause why the undersigned should not recommend to Judge Robinson that the court hold Burkdoll in contempt for failing to timely produce a complete and accurate transcript of Rogers's deposition. More specifically, Burkdoll must show cause why the court should not (1) fine her $100 per day since March 15, the date on which she represented to the court that she produced the transcript, and (2) publicly censure her for failing to timely produce complete and accurate deposition transcripts in this case and in *Peppiatt v. Kansas*, Case No. 20-1257.

**IT IS THEREFORE ORDERED** that English's Renewed Motion to Show Cause Why Contempt Citation Should Not Be Issued (ECF 120) is granted.

**IT IS FURTHER ORDERED** that court reporter Dana Burkdoll shall appear in person on **April 7, 2022, at 11:00 a.m**. at the Robert J. Dole Federal Courthouse, Courtroom 223, in Kansas City, Kansas, and show cause as set forth above.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this order via regular mail, certified mail, and email to:

Dana Burkdoll
Midwest Reporters, Inc.
3706 SW Topeka Boulevard, Suite 400
Topeka, KS 66610
info@midwestreporters.net
dana@midwestreporters.net

Dated March 25, 2022, at Kansas City, Kansas.

                                                  s/ Angel D. Mitchell
                                                  Angel D. Mitchell
                                                  U.S. Magistrate Judge