James B. Biggs – KS#14079; MO#46566
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas  66604
Ph. (785) 440-4000
Fax (785) 440-3900
Email: jbiggs@cavlem.com
ATTORNEY FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL W. ROGERS,

        Plaintiff,

v.                              Case No. 19-3145-JAR-ADM

RICHARD ENGLISH,

        Defendant.

**ENTRY OF APPEARANCE**

Comes now James B. Biggs of the law firm of Cavanaugh, Biggs & Lemon, P.A. and hereby enters his appearance as counsel of record for Court Reporter Dana Burkdoll, in the above-captioned matter.

/s/James B. Biggs
James B. Biggs – KS#14079; MO#46566
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas  66604
Ph. (785) 440-4000
Fax (785) 440-3900
Email:  jbiggs@cavlem.com
ATTORNEYS FOR DANA BURKDOLL

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

/s/James B. Biggs
James B. Biggs – KS#14079; MO#46566