James B. Biggs – KS#14079; MO#46566
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas  66604
Ph. (785) 440-4000
Fax (785) 440-3900
Email: jbiggs@cavlem.com
ATTORNEY FOR DANA BURKDOLL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL W. ROGERS,

  Plaintiff,

v.               Case No. 19-3145-JAR-ADM

RICHARD ENGLISH,

  Defendant.

## MOTION FOR CONTINUANCE

Comes now the movant, Dana Burkdoll, by and through her counsel, James B. Biggs of Cavanaugh, Biggs & Lemon, P.A., and respectfully requests the Court for a continuance of the hearing currently scheduled for April 7, 2022 at 11:00 a.m.  In support of said Motion, the Movant states as follows:

1. Movant's counsel has previously scheduled court conflicts and has just been retained in this matter.

2. Movant's counsel is in need of additional time in which to review the case to assist him in providing proper representation for Movant and to provide a response to Defendant Richard English's Renewed Motion to Show Cause why Contempt Citation Should not be Issued.

Based upon the above and foregoing, the Movant would respectfully request that the hearing be continued to a date to be determined by the Court.

        /s/James B. Biggs
James B. Biggs – KS#14079; MO#46566
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas  66604
Ph. (785) 440-4000
Fax (785) 440-3900
Email:  jbiggs@cavlem.com
ATTORNEYS FOR DANA BURKDOLL

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

        /s/James B. Biggs
James B. Biggs – KS#14079; MO#46566