James B. Biggs – KS#14079; MO#46566
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas  66604
Ph. (785) 440-4000
Fax (785) 440-3900
Email: jbiggs@cavlem.com
ATTORNEY FOR DANA BURKDOLL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL W. ROGERS,

      Plaintiff,

v.                              Case No. 19-3145-JAR-ADM

RICHARD ENGLISH,

      Defendant.

**RESPONSE TO DEFENDANT'S RENEWED MOTION TO SHOW CAUSE**

Comes now the movant, Dana Burkdoll, by and through her counsel, James B. Biggs of Cavanaugh, Biggs & Lemon, P.A., and in response to Defendant Richard English's Renewed Motion to Show Cause against court reporter Dana Burkdoll, alleges and states as follows:

1. Below is a timeline for Respondent, Dana Burkdoll's events that occurred resulting in the delay and inaccuracy of the transcript:

    a. In February 2020, Ms. Burkdoll was diagnosed with COVID;

    b. On December 23, 2020, Dana Burkdoll's father passed away as result of COVID. The funeral was in June of 2021;

    c. In January 2021, Dana Burkdoll's brother-in-law passed away as a result of COVID;

    d. On June 10, 2021, Dana Burkdoll's grandmother passed away as a result of COVID;

e. On July 20, 2021, Dana Burkdoll notified the Attorney General's Office that it would be preferred if this matter could be done from Topeka or if they could find another court reporter to replace her based upon the condition of Alan Burkdoll, her ex-husband and father of her children. Alan Burkdoll was on a ventilator in Topeka at the intensive care unit and Dana Burkdoll was dealing with her children losing their father due to COVID and was told by the parties they could not find a new reporter;

f. On July 21, 2021, the date of the deposition, Alan Burkdoll, Dana Burkdoll's ex-husband and father of their children, passed away as a result of COVID;

g. On July 21, 2021, at 8:45 a.m. Dana Burkdoll arrived at Hutchinson Correctional Facility. Upon her arrival, she informed John Graves' secretary that she had been exposed to the Delta variant of COVID and would like to be dismissed from the job and rescheduled. At that time, Dana Burkdoll set in a conference room and waited approximately 45 minutes for a decision on whether or not she would be dismissed and the depositions would be continued. At approximately 9:20 a.m., Mr. Graves arrived, stated his family member had been taking C treatments, and wished that Ms. Burkdoll was not in the facility due to COVID Delta variant exposure within the last 24 hours. At 9:45 a.m., the taking attorney arrived for the deposition. Ms. Burkdoll advised at that time and on consensus of the parties that Ms. Burkdoll could not go into the general population with the Delta variant COVID exposure within the last 24 hours. All parties, and

2

        Mr. Graves' secretary became very disgruntled with the court reporter as a result of the Delta variant COVID exposure.

    h. Dana Burkdoll, CSR, at that time, advised the parties that she would stay 10 to 15 feet distance away having conversations and did advise the Attorney General's Office on July 20, 2021 that she had been exposed.

    i. Even though Ms. Burkdoll advised that she had been exposed to Delta variant COVID, it did not make any difference to the parties and they demanded and instructed Ms. Burkdoll that it had to be onsite.

    j. On July 21, 2021, Alan Burkdoll passed away during the proceedings with Ms. Burkdoll's daughters calling for her immediate return to Topeka;

    k. The inaccuracies in the transcript were due to poor connection which Mr. Graves from Hutchinson Correctional Facility was aware of connection problems with their current video system, and stated to Ms. Burkdoll. Ms. Burkdoll did her best given the circumstances at the time and performed her job as the court reporter and did not request to stop the depositions.

    l. Ms. Burkdoll attempted to perform the court reporting job from a separate location of the facility.

2. Ms. Burkdoll provided the transcript that was completed on or about March 15, 2022, at which time she advised the Court's Chambers that was the transcript that she had at that time. However, the transcript was inaccurate in places and Ms. Burkdoll admits to these inaccuracies.

3.	Ms. Burkdoll at the time, suffered from serious health problems and continues to suffer from various health problems. Their health problems will be explained more fully to the Court at the hearing to protect Ms. Burkdoll's privacy.

4.	Ms. Burkdoll has attempted to correct any inaccuracies in the transcript and has supplied an accurate transcript that she is able to produce as a result of the actions and events that took place above. The correct transcript has been provided to the parties.

WHEREFORE, Dana Burkdoll, of Midwest Reporters, Inc., requests that the Court grant her leniency based upon the ongoing trials and tribulations relating to COVID and Ms. Burkdoll's own personal health issues and for such other relief as the Court deems just and equitable.

RESPECTFULLY,

/s/James B. Biggs
James B. Biggs – KS#14079; MO#46566
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas  66604
Ph. (785) 440-4000
Fax (785) 440-3900
Email:  jbiggs@cavlem.com
ATTORNEYS FOR DANA BURKDOLL

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

/s/James B. Biggs
James B. Biggs – KS#14079; MO#46566