**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|                        |     |                        |
|------------------------|-----|------------------------|
| MICHAEL W. ROGERS,     | )   |                        |
|     Plaintiff, | ) |          |
|                        | )   |                        |
| vs.                    | )   | Case No. 19-3145-JAR   |
|                        | )   |                        |
| RICHARD ENGLISH,       | )   |                        |
|                        | )   |                        |
|     Defendant. | ) |          |
|                        | )   |                        |
| _____ | )   |                        |

## <u>ORDER AND NOTICE OF JURY TRIAL</u>

IT IS ORDERED BY THE COURT that a jury trial is set for **December 13, 2022, beginning at 9:00 a.m.** in Courtroom #427, Robert J. Dole United States Courthouse, Kansas City, Kansas, pursuant to Magistrate Judge Angel Mitchell's Pretrial Order filed on July 15, 2022 (Doc. 146),

IT IS FURTHER ORDERED that the United States Marshal's office shall contact the Florida Department of Corrections to have Mr. Rogers transported to the United States District Court for the District of Kansas, 500 State Avenue, Kansas City, Kansas no later than **9:00 a.m**. on **December 13, 2022.**

IT IS SO ORDERED.


Dated: August 9, 2022

                                         S/ Julie A. Robinson
                                         JULIE A. ROBINSON
                                         UNITED STATES DISTRICT JUDGE