STATE OF FLORIDA

CRC10-19806CFANO-1

VS.

AMENDED FELONY INFORMATION

MICHAEL ROGERS
SPN 00667301

1. BURGLARY, 3°F
2. UTTERING FORGED BILLS, CHECKS, DRAFTS OR NOTES, 3°F
3. UTTERING FORGED BILLS, CHECKS, DRAFTS OR NOTES, 3°F
4. UTTERING FORGED BILLS, CHECKS, DRAFTS OR NOTES, 3°F
5. UTTERING FORGED BILLS, CHECKS, DRAFTS OR NOTES, 3°F

IN THE NAME AND BY THE AUTHORITY FOR THE STATE OF FLORIDA:

BERNIE McCABE, State Attorney for the Sixth Judicial Circuit of Florida, in and for Pinellas County, prosecuting for the State of Florida, in the said County, under oath, Information makes that

MICHAEL ROGERS

in the County of Pinellas and State of Florida, on or between the 6th day and the 7th day of September, in the year of our Lord, two thousand ten, unlawfully and without invitation or license did enter or remain in a structure, to-wit: a business, located at 8400 Seminole Boulevard, in the City of Seminole, Pinellas County, Florida, the property of that certain business entity known as Capo De Monte, with the intent to commit an offense therein, the said structure at the time not open to the public; contrary to Chapter 810.02(4)(a), Florida Statutes, and against the peace and dignity of the State of Florida.  [C1]/4

COUNT TWO

And the State Attorney aforesaid, under oath as aforesaid, further information makes that MICHAEL ROGERS, in the County of Pinellas, State of Florida, on or between the 6th day and the 7th day of September, in the year of our Lord, two thousand ten, did utter or pass or tender in payment as true, a false, altered, forged, or counterfeit note, or a bank bill, check, draft, or promissory note, payable to the bearer thereof, knowing the same to be false, altered, forged or counterfeit, with intent to injure or defraud any person; contrary to Chapter 831.09, Florida Statutes, and against the peace and dignity of the State of Florida.  [U7]/2

EXHIBIT I

## COUNT THREE

And the State Attorney aforesaid, under oath as aforesaid, further information makes that MICHAEL ROGERS, in the County of Pinellas, State of Florida, on the 7th day of September, in the year of our Lord, two thousand ten, did utter or pass or tender in payment as true, a false, altered, forged, or counterfeit note, or a bank bill, check, draft, or promissory note, payable to the bearer thereof, knowing the same to be false, altered, forged or counterfeit, with intent to injure or defraud any person; contrary to Chapter 831.09, Florida Statutes, and against the peace and dignity of the State of Florida. [U7]/2

## COUNT FOUR

And the State Attorney aforesaid, under oath as aforesaid, further information makes that MICHAEL ROGERS, in the County of Pinellas, State of Florida, on the 7th day of September, in the year of our Lord, two thousand ten, did utter or pass or tender in payment as true, a false, altered, forged, or counterfeit note, or a bank bill, check, draft, or promissory note, payable to the bearer thereof, knowing the same to be false, altered, forged or counterfeit, with intent to injure or defraud any person; contrary to Chapter 831.09, Florida Statutes, and against the peace and dignity of the State of Florida. [U7]/2

## COUNT FIVE

And the State Attorney aforesaid, under oath as aforesaid, further information makes that MICHAEL ROGERS, in the County of Pinellas, State of Florida, on the 7th day of September, in the year of our Lord, two thousand ten, did utter or pass or tender in payment as true, a false, altered, forged, or counterfeit note, or a bank bill, check, draft, or promissory note, payable to the bearer thereof, knowing the same to be false, altered, forged or counterfeit, with intent to injure or defraud any person; contrary to Chapter 831.09, Florida Statutes, and against the peace and dignity of the State of Florida. [U7]/2

AG - 001651

EXHIBIT I

STATE OF FLORIDA
PINELLAS COUNTY

Personally appeared before me, BERNIE McCABE, State Attorney for the Sixth Judicial
Circuit of Florida, in and for Pinellas County, or his duly designated Assistant
State Attorney, who being first duly sworn, says that the allegations as set forth in
the foregoing information are based upon facts that have been sworn to as true, and
which if true, would constitute the offense therein charged; hence this information
is filed in good faith in instituting this prosecution, and that he has received
testimony under oath from the material witness or witnesses for the offense.

The foregoing instrument was acknowledged before me
this _____ day of _OCT 27 2010_, 2010
by _____ M.R. McGarry _____, who
is personally known to me and who did take an oath.

_Marsha R. Fowler_
NOTARY PUBLIC

Assistant State Attorney for the Sixth
Judicial Circuit of the State of Florida,
Prosecuting for said State

SO10-255413   I-MEY0920nw39

This information encompasses the transaction
and all charges listed on Docket Number

10 - 21125 CF · Ct 3
10 - 21123 CF · Ct 4
10 - 21127 CF · Ct 5

Assistant State Attorney

M.R. McGarry

AG - 001652

EXHIBIT I

IN THE CIRCUIT COURT, SIXTH JUDICAL CIRCUIT,
IN AND FOR PINELLAS COUNTY FLORIDA
DIVISION: FELONY

UCN : 522010CF019806XXXXNO

REF No. : CRC 10-19806CFANO - M

OBTS NUMBER _____

STATE OF FLORIDA
VS.

MICHAEL ROGERS
Defendant

SPN: 00667301

███████████

FILED

MAR 1 4 2011

KEN BURKE
CLERK OF CIRCUIT COURT

# JUDGMENT

The Defendant, MICHAEL ROGERS, being personally before this court represented by BRIAN ROBERT PINGOR the attorney of record, and the state represented by FRANK MIGLIORE, Assistant State Attorney, and having:

entered a plea of guilty to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER (S) | DEGREE OF CRIME |
|-------|-------|---------------------------|-----------------|
| 01 | BURGLARY | 810.02 | 3F |
| 02 | UTTERING FORGED BILLS, CHECKS DRAFTS OR NOTES | 831.09 | 3F |
| 03 | UTTERING FORGED BILLS, CHECKS DRAFTS OR NOTES | 831.09 | 3F |
| 04 | UTTERING FORGED BILLS, CHECKS DRAFTS OR NOTES | 831.09 | 3F |
| 05 | UTTERING FORGED BILLS, CHECKS DRAFTS OR NOTES | 831.09 | 3F |

__X__ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is ADJUDICATED GUILTY of the above crime(s).

(CCD-JDM1-III.38554060)

RETURN TO:
CRIMINAL COURT RECORDS

DMC

1

AG - 001653

# EXHIBIT I

# SENTENCE

(as to Count 01 )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, BRIAN ROBERT PINGOR. and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount of $725.00 , inclusive of, Investigative Costs in the amount of $75.00 pursuant to 938.27 F.S.. $100.00 as a Costs of Prosecution assessment. These assessments are hereby imposed as liens.

The Defendant pay attorney fees and costs of defense as determined by the Court.

The Defendant is committed to the custody of the Department of Corrections.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of 10 Years.

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

Habitual Felony Offender

The defendant is adjudicated a habitual felony offender and is sentenced to an extended term in accordance with the provision of 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

## Other Provisions:

Please see the last page of this document for other provisions.

AG - 001655

EXHIBIT I

# SENTENCE

### (as to Count 02 )

    The defendant, being personally before the court, accompanied by the defendant's attorney of record, BRIAN ROBERT PINGOR, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount of $725.00 , inclusive of, Investigative Costs in the amount of $75.00 pursuant to 938.27 F.S., $100.00 as a Costs of Prosecution assessment. These assessments are concurrent with Count 1.

The Defendant pay attorney fees and costs of defense as determined by the Court. This assessment is concurrent with Count 1.

The Defendant is committed to the custody of the Department of Corrections.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of 10 Years.

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

Habitual Felony Offender     The defendant is adjudicated a habitual felony offender and is sentenced to an extended term in accordance with the provision of 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

### Other Provisions:

Consecutive/Concurrent As     It is further ordered that the sentence imposed for this count shall
To Other Counts     run concurrent with the sentence set forth in count 1 of this case.

AG - 001656

EXHIBIT I

# SENTENCE

(as to Count 03 )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, BRIAN ROBERT PINGOR, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount of $725.00 , inclusive of, Investigative Costs in the amount of $75.00 pursuant to 938.27 F.S., $100.00 as a Costs of Prosecution assessment. These assessments are concurrent with Count 1.

The Defendant pay attorney fees and costs of defense as determined by the Court. This assessment is concurrent with Count 1.

The Defendant is committed to the custody of the Department of Corrections.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of 10 Years.

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

Habitual Felony Offender     The defendant is adjudicated a habitual felony offender and is sentenced to an extended term in accordance with the provision of 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

## Other Provisions:

Consecutive/Concurrent As    It is further ordered that the sentence imposed for this count shall
To Other Counts           run concurrent with the sentence set forth in count 1 of this case.

AG - 001657

EXHIBIT I

# SENTENCE

### (as to Count 04 )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, BRIAN ROBERT PINGOR, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

### It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount of $725.00 , inclusive of, Investigative Costs in the amount of $75.00 pursuant to 938.27 F.S., $100.00 as a Costs of Prosecution assessment. These assessments are concurrent with Count 1.

The Defendant pay attorney fees and costs of defense as determined by the Court. This assessment is concurrent with Count 1.

The Defendant is committed to the custody of the Department of Corrections.

### To Be Imprisoned:

The Defendant is to be imprisoned for a term of 10 Years.

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

Habitual Felony Offender     The defendant is adjudicated a habitual felony offender and is sentenced to an extended term in accordance with the provision of 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

### Other Provisions:

Consecutive/Concurrent As     It is further ordered that the sentence imposed for this count shall
To Other Counts     run concurrent with the sentence set forth in count 1 of this case.

HCD-SENTENCE (8733003)

AG - 001658

EXHIBIT I

# SENTENCE

### (as to Count 05 )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, BRIAN ROBERT PINGOR, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount of $725.00 , inclusive of, Investigative Costs in the amount of $75.00 pursuant to 938.27 F.S., $100.00 as a Costs of Prosecution assessment. These assessments are concurrent with Count 1.

The Defendant pay attorney fees and costs of defense as determined by the Court. This assessment is concurrent with Count 1.

The Defendant is committed to the custody of the Department of Corrections.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of 10 Years.

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

Habitual Felony Offender      The defendant is adjudicated a habitual felony offender and is sentenced to an extended term in accordance with the provision of 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

### Other Provisions:

Consecutive/Concurrent As      It is further ordered that the sentence imposed for this count shall
To Other Counts      run concurrent with the sentence set forth in count 1 of this case.

AG - 001659

# EXHIBIT I

Other Provisions: (continued)

| | |
|---|---|
| Jail Credit | It is further ordered that the defendant shall be allowed a total of 182 Days as credit for time incarcerated before imposition of this sentence. |
| Consecutive/Concurrent As to Other Convictions | It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run concurrent with the following:<br>Specific sentences : CRC1019807CFANO, CRC1021122CFANO, CRC1021124CFANO, CRC1021126CFANO, CRC1021264CFANO, |

It is further ordered that:

Restitution is not applicable in this case.

Restitution to State:

     If applicable, you must make payment of any debt due and owing to the state under section 960.17 and 948.03(1)(h) Florida Statutes. The amount of such debt shall be determined by the Court at a later date upon final payment of the Crimes Compensation Trust Fund on behalf of the victim.

     In the event the above sentence is to the Department of Corrections, the Sheriff of Pinellas County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

     The defendant in open court was advised of the right to appeal from this sentence by filing a notice of appeal within 30 days from this date with the clerk of the court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the state on showing of indigency.

DONE AND ORDERED in open court at Clearwater, Pinellas County, Florida on March 14, 2011.

_____
Judge

EXHIBIT I