### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL W. ROGERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs, ) <br> ) <br> SAM CLINE, et al, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 19-CV-3145-JAR-ADM |

### JOINT MOTION TO STAY ALL DEADLINES AND TO
### CONTINUE THE CURRENT TRIAL SETTING

Plaintiff Michael W. Rogers, by and through his attorney of record, and Defendant Richard English, by and through his attorney of record, hereby file this Motion to stay all deadlines and to continue the trial setting to the Court's February 2023 docket, or the next available trial setting.

1. This matter is currently set for jury trial beginning December 13, 2022 at 9:00 a.m. before the Honorable Julie A. Robinson in Kansas City, Kansas. (ECF 148).

2. On September 29, 2022, the Parties entered into a confidential settlement agreement, subject to approval by the state finance council. *See* K.S.A. § 75-6106.

3. Upon information and belief, the parties believe that it is unlikely that the state finance council will convene before December 2022.

4. Therefore, given that the state finance council will likely convene on the eve of the current trial setting and the uncertainty as to whether it will approve the settlement, the parties have agreed to stay all deadlines and to continue the trial to February 2023, or the Court's next available three-day trial setting.

5.	Upon approval by the state finance council and final execution of the settlement agreement, Plaintiff will promptly notify the Court.

WHEREFORE, the parties respectfully request this Court stay all deadlines and continue the trial to the Court's February 2023 docket, or the next available three-day trial setting.

Dated: October 4, 2022                                        Respectfully submitted,

| | |
|---|---|
| */s/ Jordan Bergsten* | */s/ Natasha M. Carter* |
| Jordan T. Bergsten, KS Bar No. 78639 | Natasha M. Carter, KS No. 26074 |
| William S. Walberg KS Bar No. 26854 | General Counsel |
| SHOOK, HARDY & BACON L.L.P. | Kansas Department of Corrections |
| 2555 Grand Blvd. | 714 SW Jackson St, Suite 300 |
| Kansas City, MO 64108 | Topeka, KS 66603 |
| Telephone: 816-474-6550 | Tel: (785) 506-7615 |
| Facsimile:  816-421-5547 | Natasha.Carter@ks.gov |
| jbergsten@shb.com | |
| wwalberg@shb.com | */s/ Shon D. Qualseth* |
| ***Counsel for Plaintiff*** | Shon D. Qualseth, KS No. 18369 |
| | Assistant Attorney General/Senior Trial Counsel |
| | 120 S.W. 10th Avenue, 2nd Floor |
| | Topeka, KS 66612-597 |
| | Telephone: (785)368-8424 |
| | Facsimile: (785)291-3767 |
| | shon.qualseth@ag.ks.gov |
| | ***Counsel for Defendant Richard English*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on October 4, 2022 to the following:

Natasha M. Carter, KS No. 26074
General Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Natasha.Carter@ks.gov

Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-597
Telephone: (785)368-8424
Facsimile: (785)291-3767
shon.qualseth@ag.ks.gov

/s/ *Jordan Bergsten*
Jordan Bergsten