#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL W. ROGERS, )<br>)<br>Plaintiff, )<br>)<br>vs, )<br>)<br>SAM CLINE, et al, )<br>)<br>Defendants. )<br>) | Case No.: 19-CV-3145-JAR-ADM |

### ORDER

THIS CAUSE having come before the Court on the parties' Joint Motion to Stay All Deadlines and to Continue the Current Trial Setting (Doc. 155), and the Court having fully considered the Motion, the Court issues this Order which **GRANTS** the Motion.  The Court hereby **ORDERS** that pending the approval of the confidential settlement agreement by the Kansas state finance council that:

1. all current deadlines are hereby stayed pending approval of the confidential settlement agreement by the Kansas state finance council;

2. the December 13, 2022 trial is cancelled; and

3. if the confidential settlement agreement is approved by the Kansas state finance council, Plaintiff will promptly notify the Court to remove the case from the trial docket.  If the confidential settlement agreement is <u>not</u> approved by the Kansas state finance council, the parties shall promptly notify the Court and this matter will be set for a telephonic conference in order to reset the trial date.

**IT IS SO ORDERED.**

Dated: <u>October 5, 2022</u>

   <u>S/ Julie A. Robinson</u>
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

Copies to: All counsel on the attached Service List

## SERVICE LIST

Jordan T. Bergsten, KS Bar No. 78639
William S. Walberg KS Bar No. 26854
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:   816-421-5547
jbergsten@shb.com
wwalberg@shb.com
*Attorney for Plaintiff*

Natasha M. Carter, KS No. 26074
General Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Natasha.Carter@ks.gov

Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-597
Telephone: (785)368-8424
Facsimile: (785)291-3767
shon.qualseth@ag.ks.gov
*Counsel for Defendant Richard English*