# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL W. ROGERS, | ) |
| Plaintiff, | ) ) ) |
| vs, | ) ) Case No.: 19-CV-3145-JAR-ADM ) |
| RICHARD ENGLISH, | ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE AND [PROPOSED] ORDER

COMES NOW Plaintiff Michael Rogers, by and through his undersigned counsel, and Defendant Richard English, by and through his undersigned counsel, being all of the remaining parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action, that each and every count and claim asserted therein be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Dated: February 23, 2023                      Respectfully submitted,

/s/ Jordan Bergsten                           /s/ Natasha M. Carter
Jordan T. Bergsten, KS Bar No. 78639          Natasha M. Carter, KS No. 26074
William S. Walberg, KS Bar No. 26854          General Counsel
Bobbi S. Sell, KS Bar No. 79013               Kansas Department of Corrections
SHOOK, HARDY & BACON L.L.P.                   714 SW Jackson St, Suite 300
2555 Grand Blvd.                              Topeka, KS 66603
Kansas City, MO 64108                         Tel: (785) 506-7615
Telephone: 816-474-6550                       Natasha.Carter@ks.gov
Facsimile: 816-421-5547
jbergsten@shb.com                             /s/ Shon D. Qualseth
wwalberg@shb.com                              Shon D. Qualseth, KS No. 18369
bsell@shb.com                                 Assistant Attorney General/Senior Trial
                                              Counsel
*Counsel for Plaintiff*                       120 S.W. 10th Avenue, 2nd Floor
                                              Topeka, KS 66612-597

1

4895-3100-4744

Telephone: (785)368-8424  
Facsimile: (785)291-3767  
shon.qualseth@ag.ks.gov  
*Counsel for Defendant Richard English*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on February 23, 2023 to the following:

Natasha M. Carter, KS No. 26074  
General Counsel  
Kansas Department of Corrections  
714 SW Jackson St, Suite 300  
Topeka, KS 66603  
Tel: (785) 506-7615  
Natasha.Carter@ks.gov

Shon D. Qualseth, KS No. 18369  
Assistant Attorney General/Senior Trial Counsel  
120 S.W. 10th Avenue, 2nd Floor  
Topeka, KS 66612-597  
Telephone: (785)368-8424  
Facsimile: (785)291-3767  
shon.qualseth@ag.ks.gov

/s/ *Jordan Bergsten*  
Jordan Bergsten

4895-3100-4744

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MICHAEL W. ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs, ) | |
| ) | Case No.: 19-CV-3145-JAR-ADM |
| RICHARD ENGLISH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **[PROPOSED] ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____        By: _____
                                                           Hon. Julie A. Robinson
                                                           United States District Judge

4895-3100-4744